# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-0441
_____

RANDY JACKSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Bay County.
Christopher N. Patterson, Judge.

August 14, 2019


PER CURIAM.

AFFIRMED.

WOLF, ROBERTS, and JAY, JJ., concur.

_____


***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Randy Jackson, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.